**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| D2 PHARMA CONSULTING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH MARK ENGELS and UNHA ENGELS, AND WORKUP, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:26-cv-01461-SEP |

**D2 PHARMA CONSULTING'S NOTICE OF DISMISSAL WITHOUT PREJUDICE MOTION TO VACATE ARBITRATION AWARD**

D2 Pharma Consulting LLC, through undersigned counsel, as Defendants have neither served an Answer nor a Motion for Summary Judgment, files its Notice of Dismissal without prejudice of its Motion to Vacate Arbitration Award pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

Respectfully submitted,

CARMODY MacDONALD P.C.

By: /s/ *David P. Stoeberl*
David P. Stoeberl, #46024
Tyler C. Schaeffer, #60847
120 South Central Avenue, Suite 1800
St. Louis, Missouri 63105
(314) 854-8600 Telephone
(314) 854-8660 Facsimile
dps@carmodymacdonald.com
tcs@carmodymacdonald.com

Attorneys for D2 Pharma Consulting LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

/s/ *David P. Stoeberl*